# UNITED STATES DISTRICT COURT
## District of Minnesota

Danny Huff,

        Plaintiff(s),

v.

Canterbury Park Holding Corporation,

        Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 22-cv-1922 WMW/ECW

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiff Danny Huff's Motion to Amend Pleadings, (Dkt. 11), is **DENIED**.

2. Defendant Canterbury Park Holding Corporation's Motion to Dismiss, (Dkt. 22), is **GRANTED in part and DENIED in part**, as follows:

a. The motion to dismiss for failure to state a claim is **GRANTED**.

b. The motion to dismiss for insufficient service of process is **DENIED as moot**.

3. Plaintiff Danny Huff's First Amended Complaint, (Dkt. 7), is **DISMISSED without prejudice**.

Date: 9/25/2023

KATE M. FOGARTY, CLERK